ADAM PAUL LAXALT
Nevada Attorney General
JARED M. FROST
Senior Deputy Attorney General
Nevada Bar No. 11132
Office of the Attorney General
Bureau of Litigation
Public Safety Division
555 East Washington Avenue
Suite 3900
Las Vegas, Nevada 89101
Phone: (702) 486-3177
Facsimile: (702) 486-3773
Email: jfrost@ag.nv.gov
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GEORGE L. MARSHALL,<br><br>Plaintiff,<br><br>v.<br><br>JAMES G. COX, *et al.*,<br><br>Defendants. | Case No. 2:16-cv-00566-JAD-NJK<br><br>**STIPULATION FOR PLAINTIFF'S PARTICIPATION BY TELEPHONE**<br><br>**EMC SCHEDULED FOR DECEMBER 15, 2017, AT 11:15 AM** |

It is stipulated and agreed by and between George L. Marshall, Plaintiff Pro Se, and Defendants Dwight Neven, James Toycen, Gustavo Sanchez, Sean Bloomfield, and Brian Williams, by and through counsel, Adam Paul Laxalt, Nevada Attorney General, and Jared M. Frost, Senior Deputy Attorney General, that Plaintiff be permitted to participate in the early mediation conference by telephone. Plaintiff currently resides in Oregon and lacks the necessary funds to travel to Las Vegas for the mediation. In

///

///

///

addition, the parties have advised the mediator of Plaintiff's request to participate by phone, and the mediator does not oppose Plaintiff's request.

DATED **December 13**, 2017.  DATED December 14, 2017.

*D. Marshall*

George L. Marshall

*Plaintiff Pro Se*

ADAM PAUL LAXALT
Attorney General

By: *Jared Frost*
Jared M. Frost (Bar No. 11132)
Senior Deputy Attorney General

*Attorneys for Defendants*

IT IS SO ORDERED. The Court grants Plaintiff leave to participate by telephone at the December 15, 2017, mediation conference. Plaintiff shall be on standby for the call beginning at 11:15am. The mediator or other party at the mediation will initiate the call and dial 719-210-3613 to connect Plaintiff.

DATED December 14, 2017.

UNITED STATES MAGISTRATE JUDGE