# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| George Marshall,<br><br>   Plaintiff<br>v.<br><br>James Cox, et al.,<br><br>   Defendants | Case No. 2:16-cv-000566-JAD-NJK<br><br>**Order Adopting Report and<br>Recommendation and Dismissing Case**<br><br>[ECF No. 38] |

When plaintiff George L. Marshall's mail in this case started getting returned, the court ordered him to update his address.[1] The court cautioned that Marshall's failure to update his address by May 9, 2019, could result in the dismissal of this case.[2] Marshall has failed to update his address, so Magistrate Judge Koppe recommends that I dismiss this case without prejudice.[3] The deadline for objections to that recommendation was June 3, 2019, and no party has filed an objection to it or moved to extend the deadline to do so. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[4]

IT IS THEREFORE ORDERED that the magistrate judge's report and recommendation **[ECF No. 38] is ADOPTED** in full;

---

[1] ECF No. 35.
[2] ECF No. 36.
[3] ECF No. 38.
[4] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

IT IS FURTHER ORDERED THAT **this case is DISMISSED without prejudice.** The Clerk of Court is directed to ENTER JUDGMENT accordingly and CLOSE THIS CASE.

Dated: June 5, 2019

_____
U.S. District Judge Jennifer A. Dorsey